

Berdie WILLIS, Tutrix, Plaintiff-Appellant,
v. CITY OF WEST MONROE,
Defendant-Appellee.

No. 5845.

Court of Appeal of Louisiana.
Second Circuit.

Jan. 10, 1939.

Rehearing Denied Feb. 6, 1939.

Certiorari and Review Denied April 3, 1939.

McBride & Goff, of Ruston, for appellant.

Hudson, Potts, Bernstein & Snellings, of Monroe, and W. Decker Moore, of West Monroe, for appellee.

TALIAFERRO, Judge.

This case grew out of the same accident involved in the suit on the docket of this court decided today, styled Harry P. Clinton, Tutor, v. City of West Monroe, 187 So. 561; and for the reasons therein assigned, the judgment herein appealed from is affirmed at plaintiff's cost.

Mrs. Pinkie Hodges MADDEN, Plaintiff-Appellant, v. CITY OF WEST MONROE,
Defendant-Appellee.

No. 5843.

Court of Appeal of Louisiana.
Second Circuit.

Jan. 10, 1939.

Rehearing Denied Feb. 6, 1939.

Writ of Certiorari and Review Denied April 3, 1939.

McBride & Goff, of Ruston, for appellant.

Hudson, Potts, Bernstein & Snellings, of Monroe, and W. Decker Moore, of West Monroe, for appellee.

TALIAFERRO, Judge.

This case grew out of the same accident involved in the suit on the docket of this court, decided today, styled Harry P. Clinton, Tutor v. City of West Monroe, 187 So. 561, and for the reasons therein assigned, the judgment herein appealed from is affirmed at plaintiff's cost.

BRIDGES v. GANTT.

No. 5841.

Court of Appeal of Louisiana.
Second Circuit.

March 31, 1939.

A. S. Drew, of Minden, for appellant.

Floyd D. Culbertson, Jr., of Minden, for appellee.

TALIAFERRO, Judge.

The appellant herein has made no appearance; has filed no brief; nor has he in any other manner disclosed an interest in or purpose to prosecute the appeal taken and perfected by him. In these circumstances, it will be conclusively presumed that he has abandoned the appeal; and for this reason,—

It is now ordered that said appeal be dismissed at the cost of appellant.